IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IRA A. TROYER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARYLAND CASUALTY<br>COMPANY and DOES A-Z,<br><br>　　　　Defendants, | CV 24-147-M-KLD<br><br><br>ORDER |

Defendant Maryland Casualty Company has filed a Motion to File Under Seal, seeking leave to file the following documents or portions of documents under seal: Exhibit 1 to the Declaration of Kelly Gallinger, which includes the Confidential Settlement Agreement and Release for Troyer, Sr, Ivan W; related portions of Gallinger's declaration; and related portions of the brief in support of Defendant's motion to dismiss. (Doc. 16). Plaintiff does not oppose Defendant's request to file these documents under seal, but does not agree that the documents are relevant to his claims. (Doc. 23).

For the reasons stated in its brief in support of its motion to seal (Doc. 17), Defendant has demonstrated compelling reasons to file the settlement agreement and related portions of its supporting brief and Gallinger's declaration under seal.

1

*See e.g. Ground Zero Center for Non-Violent Action v. United States Department of the Navy*, 860 F.3d 1244, 1261 (9th Cir. 2017) (requiring a showing of compelling reasons to seal documents attached to dispositive motions and other filings relating to the merits of a case)  Accordingly,

IT IS ORDERED that Defendant's Motion for Leave to File Under Seal (Doc. 16) is GRANTED.

DATED this 3rd day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge