IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IRA A. TROYER,<br><br>             Plaintiff,<br><br>   vs.<br><br>MARYLAND CASUALTY<br>COMPANY and DOES A-Z,<br><br>             Defendants, | CV 24-147-M-KLD<br><br><br><br>ORDER |

Plaintiff Ira Troyer has filed a Motion to File Under Seal. (Doc. 26). Motions are governed by District of Montana Local Rule 7.1, which provides that the text of a motion must state that other parties have been contacted and whether any party objects to the motion. See L.R. 7.1(c)(1). Plaintiff has not stated whether the Defendant has been contacted and whether it objects to the motion to seal. Accordingly,

IT IS ORDERED that Plaintiff's Motion to File Under Seal is DENIED without prejudice to refiling a motion that complies with Local Rule 7.1(c)(1).

DATED this 6th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1