IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IRA A. TROYER, | CV 24-147-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| MARYLAND CASUALTY COMPANY and DOES A-Z, | |
| Defendants, | |

Plaintiff Ira Troyer has filed a renewed motion to seal that complies with Local Rule 7.1 (Doc. 35). In response, Defendant Maryland Casualty Company agrees that the materials submitted under seal by Plaintiff should be maintained under seal. (Doc. 36 at 2). In addition to sealing Plaintiff's requested documents or portions thereof, Defendant also asks the Court to direct Plaintiff to redact additional information, specifically: ECF No. 27 at 3; ECF No. 28 at 12; ECF No. 28 at 13; ECF No. 28 at 14; and ECF No. 29 ¶ 2. (Doc. 36 at 3-4). In reply, Plaintiff does not agree that the redactions at Docs. 27, 28, and 29 are inadequate, but states if the Court determines additional redactions must be made, Plaintiff will comply. Having considered the parties' arguments,

IT IS ORDERED that Plaintiff's Motion for Leave to File Under Seal (Doc.

1

35) is GRANTED. Although it is not entirely clear to the Court exactly what additional redactions Defendant is requesting, out of an abundance of caution the Court will require Plaintiff to redact ECF No. 27 at 3; ECF No. 28 at 12; ECF No. 28 at 13; ECF No. 28 at 14; and ECF No. 29 ¶ 2, and file the revised redacted versions with the Court.

DATED this 17th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge