IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IRA A. TROYER, | CV 24-147-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| MARYLAND CASUALTY COMPANY and DOES A-Z, | |
| Defendants, | |

On March 19, 2025, the Court heard oral argument on the Defendant Maryland Casualty Company's Motion to Dismiss (Doc. 13) and Motion to Strike (Doc. 51) and took those motions under advisement. As discussed during oral argument,

IT IS ORDERED that Defendant Maryland Casualty Company's Second Motion to Seal (Doc. 53) is GRANTED. The lodged documents that are the subject of Defendant's Second Motion to Seal are hereby deemed filed under seal.

//

//

1

      IT IS FURTHER ORDERED that the transcript for the hearing on March 19, 2025, shall be filed under seal.

      DATED this 20th day of March, 2025.

                                                  _____
                                                  Kathleen L. DeSoto
                                                  United States Magistrate Judge