IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| IRA A. TROYER,<br><br>    Plaintiff,<br><br>vs.<br><br>MARYLAND CASUALTY COMPANY and DOES A-Z,<br><br>    Defendants, | CV 24-147-M-KLD<br><br>ORDER |

Pursuant to the Court's prior order, the parties have filed a joint motion to dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. (Doc. 105) Accordingly,

IT IS ORDERED that the motion is GRANTED and the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees. The Clerk of Court is directed to close the case file.

DATED this 28th day of October, 2025.

                                                                 Kathleen L. DeSoto
                                                                  United States Magistrate Judge